■ ROBIN JAMES, Respondent-Appellant, and ESANU KATSKY KORINS AND SIGER, Respondent, v PETER JAMES, Appellant-Respondent. [618 NYS2d 1012] —Judgment, Supreme Court, New York County (Karla Moskowitz, J.), entered August 12, 1993, unanimously affirmed for the reasons stated by Moskowitz, J., without cost and disbursements. No opinion. Concur—Wallach, J. P., Kupferman, Ross, Asch and Rubin, JJ.